UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CRIMINAL NO. 03-18 KKC

UNITED STATES OF AMERICA,                                                    PLAINTIFF,

VS:                                              ORDER

VIRGIL SIZEMORE, aka RUDY;                                              DEFENDANT

* * * * * * * * *

This matter is before the Court on a Magistrate Judge's Report and Recommendation that Petitioner's Motion to Vacate and Set Aside Sentence be denied. [R. 173]

No objections having been filed and the Court having reviewed the matter *de novo*, the Magistrate Judge's Report and Recommendation [R. 173] is hereby adopted as the opinion of the Court and the Motion to Vacate [R. 162] is hereby DENIED.

Dated this the 21st day of December, 2005.



Signed By:

*Karen K. Caldwell*    KKC

**United States District Judge**